# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JEFFREY R. KRYSTYNIAK,<br><br>              Defendant. | **8:09CR314**<br><br>**ORDER** |

Defendant Jeffrey R. Krystyniak appeared before the court on May 2, 2018, on a Petition for Offender Under Supervision [62]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 5, 2018, at 1:30 p.m. The defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 2nd day of May, 2018.

                                            BY THE COURT:

                                            s/ Susan M. Bazis<br>
                                            United States Magistrate Judge